IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**KENNETH SCOTT WARD,**

    **Plaintiff,**

vs.                                        **CASE NO. 4:08CV191-RH/AK**

**WALTER MCNEIL, et al.,**

    **Defendant.**

_____/

## REPORT AND RECOMMENDATION

Plaintiff was directed to file an amended pleading by Order dated October 1, 2008, (doc. 8) and was granted an extension of time to file his amended pleading by Order dated October 17, 2008, (Doc. 10). Plaintiff was order to file a second amended pleading by Order dated December January 21, 2009, (doc. 13). When no pleading was filed an Order to Show Cause was entered directing a response on or before March 13, 2009. (Doc. 14). As of this date, there has been no response to the show cause order or any further communication by Plaintiff with the Court.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order. Plaintiff has failed to comply with three orders of this Court

directing that he amend his complaint, (docs. 10, 13, and 14), and has not otherwise prosecuted his lawsuit. Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** without prejudice.

**IN CHAMBERS** at Gainesville, Florida, this __25th__ day of March, 2009.

*s/ A . KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.

No. 4:08CV191-RH/AK