# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

KENNETH SCOTT WARD,

    Plaintiff,

v.                                                      CASE NO.  4:08cv191-RH/AK

WALTER McNEIL, et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation (document 15).  No objections have been filed.  Upon consideration,

    IT IS ORDERED:

    The report and recommendation is ACCEPTED and adopted as the court's opinion.  The clerk must enter judgment stating, "This case is DISMISSED without prejudice."  The clerk must close the file.

    SO ORDERED on May 19, 2009.

                                                  s/Robert L. Hinkle
                                                  Chief United States District Judge